## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ELIZABETH MITCHELL, | |
| | NO. 11-17496 |
| DEBTOR | JUDGE: Squires |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents GMAC Mortgage, LLC in your Chapter 13 case

number 11-17496.  In that capacity, we have been retained to collect a debt provided for

by your Chapter 13 Plan.  As of September 29, 2011, the post-petition sums due and

collectable are as follows:

09/01/2011- 09/01/2011 monthly payment   = $                    2,747.49
at $2,747.49 each


TOTAL                              = $                    2,747.49



Respectfully submitted,


 /s/ Christopher R. Murphy
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
11-052874


**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**